

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00284-CV

IN THE INTEREST OF G.T., A
CHILD

------------

FROM THE 325TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 325-494698-11

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On October 17, 2014, October 21, 2014, November 12, 2014, November

14, 2014, and December 09, 2014, we notified appellant in accordance with rule

of appellate procedure 42.3(c) that we would dismiss this appeal unless the $195

---

[1]*See* Tex. R. App. P. 47.4.

filing fee was paid. *See* Tex. R. App. P. 42.3(c). Appellant has not paid the $195 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

Appellant filed an affidavit of inability to pay costs in the trial court on January 10, 2013. On November 14, 2014, we notified appellant that his January 10, 2013 affidavit does not satisfy the requirements of an affidavit of indigence for an appeal from the trial court's ruling and that the rules of appellate procedure require that he file a new affidavit of indigence complying with rule of appellate procedure 20.1 in the trial court. *See* Tex. R. App. P. 20.1. Appellant has not filed a new affidavit of indigence.

Because appellant failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 16, 2013,[2] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: GARDNER, WALKER, and MEIER, JJ.

DELIVERED: January 15, 2015

---

[2]*See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-district Litigation*, Misc. Docket No. 13-9127 (Aug. 16, 2013) (listing fees in courts of appeals).